IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT JONES ,

    Plaintiff,

v.

CHERYL KNOX, JOHN OLSZEWSKI,
PROBATION & PAROLE DEPARTMENT
AND PAUL L. BARNETT,

    Defendants.

ORDER

Case No. 14-cv-77-wmc

Plaintiff Robert Jones has filed a proposed civil complaint, alleging that defendants violated his constitutional rights by extending his probation. Plaintiff requests leave to proceed without prepayment of the filing fee and has supported his request with an affidavit of indigency. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In this case, plaintiff has no dependents and receives $648 a month, or $7,776 annually, in unemployment benefits. Plaintiff has no substantial assets. Because plaintiff's income is less than $16,000, he can proceed without any prepayment of fees or costs.

ORDER

IT IS ORDERED that:

1. The motion filed by plaintiff Robert Jones for leave to proceed without prepayment of fees (Dkt. # 2) is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 6th day of February 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge