IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT JONES,

    Plaintiff,

v.

CHERYL KNOX, JOHN OLSZEWSKI,
PROBATION & PAROLE
DEPARTMENT and PAUL L. BARNETT,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  14-cv-077-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying leave to proceed and dismissing plaintiff's constitutional claims against defendants Probation and Parole Department and Paul Barnett; and dismissing this case for plaintiff Robert Jones's failure to state a claim upon which relief may be granted.

/s/                                                                   September 18, 2014

Peter Oppeneer, Clerk of Court                      Date